BIDWELL v. AMSINCK et al.

(Circuit Court of Appeals, Second Circuit. November 16, 1908.)

No. 76.

EXCEPTIONS, BILL OF (§ 59*)—AMENDMENT AFTER TERM—EXTRAORDINARY CIRCUMSTANCES.

Where the plaintiff in error fails to show extraordinary circumstances, a bill of exceptions cannot be amended after the expiration of the term.

[Ed. Note.—For other cases, see Exceptions, Bill of, Cent. Dig. § 110; Dec. Dig. § 59.*]

In Error to the Circuit Court of the United States for the Southern District of New York.

The opinion below is the same as stated in Bidwell v. Preston (C. C. A.) 160 Fed. 653. These proceedings were brought in behalf of George R. Bidwell, plaintiff in error, and ex collector of customs at the port of New York, against Gustav Amsinck and others, defendants in error.

J. Osgood Nichols, Asst. U. S. Atty., for plaintiff in error.

Percival H. Gregory, for defendants in error.

Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. The decision of the Circuit Court should be affirmed on the original record. Plaintiff in error concedes that if the excep-

tion, introduced by amendment 14 months after the bill of exceptions was settled, is not properly there, he cannot prevail. We sent the case back to enable him to show, if he could, that the exception was in fact taken, and also that there were such extraordinary circumstances (Roberts v. Bennett, 135 Fed. 748, 68 C. C. A. 386) as would entitle him to have the bill of exceptions amended. We think he failed to show such extraordinary circumstances, and that the bill could not be amended after the expiration of the term.

Decision affirmed.